# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MICHAEL DANSKIN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | )<br>)<br>)<br>) Case No. 0:17-cv-00559-DWF-LIB |
| Plaintiffs, | ) |
| v. | ) |
| DIRECT RECOVERY SERVICES, LLC and ELLE GUSMAN, | ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

Plaintiff, Michael Danskin ("Plaintiff"), through undersigned counsel, hereby notifies the Court that Plaintiff and the defendants have agreed to settle Plaintiff's claims at issue in the present action on an individual basis. Plaintiff anticipates filing a Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) within 60 days, which will dismiss Plaintiff's claims with prejudice and the putative class claims without prejudice. Accordingly, Plaintiff requests that the Court vacate all pending orders and deadlines.

DATED: July 10, 2017                                    RESPECTFULLY SUBMITTED,

By:   /s/ J.D. Haas

*Of Counsel*
J.D. Haas, Esq.
SBN# 164173
Attorney for Plaintiff
HYSLIP & TAYLOR, LLC, LPA
9801 Dupont Avenue South, Suite 430
Bloomington, MN  55431
Phone: 952-345-1025
Facsimile: 952-854-1665
Email: jdhaas@jdhaas.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2017, I electronically filed the foregoing Notice. Service of this filing will be made by the Plaintiff's Counsel upon the following:

Xerxes Martin
MALONE AKERLY MARTIN PLLC
Northpark Central, Suite 1850
8750 N. Central Expressway
Dallas, TX 75231

*Attorney for Defendants*

/s/ J.D. Haas____