# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Michael Danskin, individually and on behalf of all others similarly situated, | Civil No. 17-559 (DWF/LIB) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Direct Recovery Services, LLC, | |
| Defendant. | |

Based upon the Notice of Voluntary Dismissal filed by the Plaintiff on October 16, 2017, (Doc. No. [13]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and on the merits, without costs or disbursements to any party.

Dated: October 17, 2017      s/Donovan W. Frank
                             DONOVAN W. FRANK
                             United States District Judge